**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK

    Plaintiff,

v.                                           Case No.: 8:11-CV-01405-VMC-MAP

DOLPHIN TOWERS CONDOMINIUM
ASSOCIATION, INC.

    Defendant.
_____/

**<u>NOTICE OF MEDIATION</u>**

PLEASE BE ADVISED that this case has been scheduled for a full day mediation to be held before Kim Sands:

    DATE AND TIME:    January 24, 2012, beginning at 9:00 A.M.

    LOCATION:    Butler Pappas Weihmuller Katz Craig LLP
                             777 S. Harbour Island Blvd., Suite 500
                             Tampa, FL 33602
                             Telephone: (813) 281-1900

                                          *s/ Donna B. DeVaney*
                                          DONNA B. DEVANEY, ESQUIRE
                                          ddevaney@merlinlawgroup.com
                                          Florida Bar No. 121088
                                          THE MERLIN LAW GROUP
                                          777 S. Harbour Island Blvd., Suite 950
                                          Tampa, FL 33602
                                          Telephone: (813) 229-1000
                                          Facsimile: (813) 229-3692
                                          Attorneys for DOLPHIN TOWERS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Donna B. DeVaney
     Donna B. DeVaney, Esquire

### SERVICE LIST

**Great American Insurance Company of New York vs. Dolphin Towers Condominium Association**
**Case No. 8:11-CV-1405-T-33MAP**
**United States District Court, Middle District of Florida**

Lee Craig, Esq.
Butler Pappas Weihmuller Katz Craig LLP
777 S. Harbour Island Blvd., Suite 500
Tampa, FL 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorneys for Plaintiff/Counter-Defendant
Via CM/ECF

William Mariash, Esq.
Nielson and Associates, P.A.
1332 W. Colonial Drive
Orlando, FL 32854
Telephone: (407) 843-6514
Facsimile: (407) 843-0427
Attorneys for Plaintiff/Counter-Defendant
Via CM/ECF